United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur R Martin  
       Debtor

Case No. 18-15879-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey    Page 1 of 1    Date Rcvd: Sep 24, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db         +Arthur R Martin,    928 N. 67th Street,    Philadelphia, PA 19151-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Arthur R Martin dmo160west@gmail.com, davidoffenecf@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                        TOTAL: 3

```
               IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA



      IN RE:                    :        CHAPTER 13

   Arthur R. Martin             :        No.  18-15879-ELF
         Debtor
```

<u>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
    STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS</u>

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until **October 4, 2018,** by which date all required documents must be filed.

Date: 9/21/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**