# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 18-15879-ELF

ARTHUR R MARTIN

928 N. 67TH STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ARTHUR R MARTIN

    928 N. 67TH STREET

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                          /s/ William C. Miller

Date: 11/30/2018

                                                       _____
                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee