# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15879-ELF

ARTHUR R MARTIN

928 N. 67TH STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ARTHUR R MARTIN

    928 N. 67TH STREET

    PHILADELPHIA, PA 19151


Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                                /S/ William C. Miller

Date: 12/13/2018                                   _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee