# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Arthur R. Martin
                    Debtor

MIDFIRST BANK, its successors and/or assigns
                    Movant
      vs.

Arthur R. Martin
                    Respondent

CHAPTER 13

NO. 18-15879 ELF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about December 10, 2018 (Document No. 26).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G.McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 25, 2019