IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13

Arthur R. Martin                :        No. 18-15879-ELF
    Debtor

ANSWER TO MOTION OF MIDFIRST BANK
FOR RELIEF FROM THE AUTOMATIC STAY

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Admitted.

5.   Admitted.

6.   Denied.

7.   Denied.

8.   Denied.

9.   Denied.

10.  No response required.


    WHEREFORE Debtor respectfully requests this Honorable Court
deny Movant's Motion for Relief.

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor

Dated:3/28/19