```
         IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


  IN RE:
                            :      CHAPTER 13
  Arthur R. Martin          :      No. 18-15879-ELF
       Debtor               :
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on March 28, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:


Kevin G. McDonald on behalf of Midfirst Bank
kmcdonald@kmllawgroup.com


                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                              601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600


3/28/19