IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ARTHUR R. MARTIN<br>**Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Moving Party**<br><br>v.<br><br>ARTHUR R. MARTIN<br>**Respondent(s)**<br><br>WILLIAM C. MILLER<br>**Trustee** | CHAPTER 13<br><br>Case No.: 18-15879 (ELF) |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about April 15, 2019 (Doc. # 47) is **APPROVED**.

Dated: 4/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**