United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-15879-elf
Arthur R Martin                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey                Page 1 of 1                  Date Rcvd: Apr 16, 2019
                               Form ID: pdf900                Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db             +Arthur R Martin,    928 N. 67th Street,    Philadelphia, PA 19151-3001
cr             +Credit Acceptance Corporation,   25505 West Twelve Mile Rd,    PO Box 513,
               Southfield, MI 48037-0513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:53     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                 TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Arthur R Martin dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ARTHUR R. MARTIN )<br>　　**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>　　**Moving Party** )<br> )<br>　　v. )<br> )<br>ARTHUR R. MARTIN )<br>　　**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>　　**Trustee** )<br> )<br> )<br>_____ ) | CHAPTER 13<br><br>Case No.: 18-15879 (ELF) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about April 15, 2019 (Doc. # 47) is **APPROVED**.

Dated:  4/15/19                  _____
　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**