United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur R Martin  
       Debtor

Case No. 18-15879-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: John       Page 1 of 1       Date Rcvd: May 24, 2019  
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.  
db          +Arthur R Martin,   928 N. 67th Street,   Philadelphia, PA 19151-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2019 02:08:28     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                                                  Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Arthur R Martin dmo160west@gmail.com,  
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Credit Acceptance Corporation  
     ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                     TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Arthur R. Martin ) Chapter 13
 Debtor )
 ) 18-15879-ELF
 )
 )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

5/23/19
DATED:

HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE