# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arthur R. Martin <br>       Debtor <br><br> MIDFIRST BANK <br>       Movant <br>   vs. <br><br> Arthur R. Martin <br>       Debtor <br><br> and Kenneth E. West, Esq. <br>       Trustee | Chapter 13 <br><br> NO. 18-15879 ELF <br><br> 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 25th day of August, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 9, 2019, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 ois modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises: 928 North 67th Street, Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**