Certificate Number: 12433-PAE-DE-037380194

Bankruptcy Case Number: 18-15879



12433-PAE-DE-037380194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2023</u>, at <u>5:59</u> o'clock <u>PM EDT</u>, <u>Arthur R. Martin, Sr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 26, 2023</u>

By: <u>/s/Candace Jones</u>

Name: <u>Candace Jones</u>

Title: <u>Counselor</u>