United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Arthur R Martin  
    Debtor

Case No. 18-15879-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur R Martin, 928 N. 67th Street, Philadelphia, PA 19151-3001 |
| 14230928 | + | Credit Acceptance Corporation, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Ste. 301, Moorestown, NJ 08057-3125 |
| 14204171 | + | MIDFIRST BANK, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14192386 | + | Email/Text: g20956@att.com | Apr 27 2023 23:40:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 14278273 | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14192387 | ^ | MEBN | Apr 27 2023 23:39:25 | Check N Go, C/O Real Time Resolutions, Inc., PO Box 566027, Dallas, TX 75356-6027 |
| 14192388 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 27 2023 23:40:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14192389 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 27 2023 23:40:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14192390 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 27 2023 23:50:20 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14192391 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2023 23:40:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14192392 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:50:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14192393 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14192394 | ^ | MEBN | Apr 27 2023 23:39:32 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14213804 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:27 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14231524 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 23:50:26 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14192395 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 23:50:26 | MidFirst Bank, 999 North West Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14253785 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 27 2023 23:50:26 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14215263 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14192396 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2023 23:40:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14276207 | | Email/Text: EDBKNotices@ecmc.org | Apr 27 2023 23:40:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 14192398 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2023 23:40:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14192399 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2023 23:40:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14192400 | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14192397 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25

|   |   |
|---|---|
|   | on behalf of Debtor Arthur R Martin dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Arthur R Martin
        Debtor(s)                                     Case No: 18−15879−pmm
                                                                             Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/27/23

81 − 76
Form 138OBJ